IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLARENCE W. BILBREW, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-04-2075 |
| | § | |
| PATRICIA CORONA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons stated in this Court's Memorandum and Order signed on June 27, 2005, and in this Court's Memorandum and Order entered this date, this action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 18th day of July, 2005.

_____
DAVID HITTNER
United States District Judge